**Fill in this information to identify the case:**

Debtor name **Ventech Engineers L.P.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☑ None

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See Attachment**<br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | | **$519,135.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor    **Ventech Engineers L.P.**                                    Case number (if known)   _____
          Name

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See attachment** | | _____ | |
| Insider's name | | | |
| Street | | | |
| | | | |
| City                    State    ZIP Code | | | |
| **Relationship to debtor** | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **See attachment** | | Name | ☐ Pending |
| | | Street | ☐ On appeal |
| | | | ☐ Concluded |
| **Case number** | | | |
| | | City              State    ZIP Code | |

Debtor     __Ventech Engineers L.P._____     Case number (if known) _____
                    Name

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Andrews Kurth Kenyon LLP** | | | **$375,282.90** |

Address

**600 Travis**
Street
**Suite 4200**

**Houston**              **TX**      **77002**
City                        State    ZIP Code

Email or website address
**www.andrewskurth.com**

Who made the payment, if not debtor?

_____

| Debtor | **Ventech Engineers L.P.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **O'Melveny & Myers LLP** | | | **$50,000.00** |

**Address**

**7 Times Square**
Street

| **New York** | **NY** | **10036-6524** |
|---|---|---|
| City | State | ZIP Code |

**Email or website address**
**www.omm.com**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ☑ None

13. **Transfers not already listed on this statement**
   List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

   ☑ None

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | **1149 Ellsworth** | From | **1/1/2008** | To | **8/31/2016** |
| | Street | | | |
| | **Pasadena, TX 77502** | | | |
| | City                State      ZIP Code | | | |

Debtor    **Ventech Engineers L.P.**                                    Case number (if known) _____
          Name

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

   Does the debtor have a privacy policy about that information?
   ☐ No.
   ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No.  Go to Part 10.
☑ Yes.  Does the debtor serve as plan administrator?
   ☐ No.  Go to Part 10.
   ☑ Yes.  Fill in below:

   **Name of plan**                                      **Employer Identification number of the plan**

   **Ventech Engineers Employee Retirement** _____     EIN: _4_ _5_ – _3_ _7_ _2_ _5_ _3_ _3_ _2_

   Has the plan been terminated?
   ☐ No
   ☑ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

Debtor    **Ventech Engineers L.P.**                                          Case number (if known) _____
        Name

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Red brick building**<br>Name<br>**1100 Broadway,**<br>Street<br>**Pasadena, TX 77506**<br><br>City         State   ZIP Code | **previously leased from Five Star Properties**<br>Address<br>**P. O. Box 1042**<br>**Seabrook, TX  77586;** | **Document storage; no longer have access to it** | ☑ No<br>☐ Yes |

---

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

---

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

| Debtor | **Ventech Engineers L.P.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

---

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| 25.1. **See attached** | | |
| Name | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Street | | |
| | | Dates business existed |
| City                State   ZIP Code | | From _____  To _____ |

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Lorrie Campbell-DeBaylo** | From **11/16/1992**  To **Present** |
| Name **1701 Bracket Ct.** | |
| Street **Pearland, TX 77581** | |
| City                State   ZIP Code | |
| Name and address | Dates of service |
| 26a.2. **David LeDoux** | From **5/14/2007**  To **6/3/2016** |
| Name **1111 Woodhorn Drive** | |
| Street **Houston, TX 77062** | |
| City                State   ZIP Code | |
| Name and address | Dates of service |
| 26a.3. **Kefalari Mason** | From **7/6/15**  To **Present** |
| Name **13810 Majestic Spring Lane** | |
| Street **Humble, TX 77396** | |
| City                State   ZIP Code | |

Debtor   **Ventech Engineers L.P.**                                          Case number (if known) _____
         Name

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
       statement within 2 years before filing this case.

☐ None

**Name and address**                                                         **Dates of service**

26b.1.  **Doeren Mayhew**                                                     **From** _____   **To** _____
        Name
        **One Riverway, Suite 1200**
        Street
        **Houston, TX 77056**

        _____
        City                          State      ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**                                                         **If any books of account and records are
                                                                             unavailable, explain why**

26c.1.  **Ernst & Young**
        Name
        **1401 McKinney**
        Street
        **Suite 1200**

        **Houston**                        **TX**       **77010-2007**
        City                          State      ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
       financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  **See attachment**
        Name

        Street

        _____
        City                          State      ZIP Code

27.  **Inventories**
     Have any inventories of the debtor's property been taken within 2 years before filing this case?

     ☑ No.
     ☐ Yes.  Give the details about the two most recent inventories.

28.  **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders,
     or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **See attachment** | | | |

Debtor    **Ventech Engineers L.P.**                                          Case number (if known) _____
          Name

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **See attachment** | | | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes.  Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **See attachment** | | | |
| | Name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes.  Identify below.

Name of the parent corporation                          Employer Identification number of the parent corporation
**Ventech Engineers LP**                                 EIN: **9   0 – 0   9   0   0   9   4   3**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

Debtor    **Ventech Engineers L.P.**                                    Case number (if known) _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** --Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5-26-2017
             MM / DD / YYYY

X  _Mason_____        Printed name  **Kefalari L. Mason**
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor  **Authorized Representative**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) **attached?**
☐ No
☑ Yes

**Ventech Engineers L.P.**
**Attachment 3.1 - Form 207 Part 2, Question 3**
**Payments/Transfers 90 Days Before Petition**

| Name | Address | City | State | Zip | Country | Sum of Line Item Amount |
|------|---------|------|-------|-----|---------|------------------------|
| ANDREWS KURTH KENYON LLP | 600 TRAVIS, SUITE 4200 | Houston | TX | 77002 | USA | 375,282.90 |
| DOEREN MAYHEW | ONE RIVERWAY DR, STE 1200 | Houston | TX | 77056 | USA | 72,850.00 |
| KING & SPALDING | PO BOX 116133 | ATLANTA | GA | 303686133 | USA | 21,002.56 |
| O'MELVENY & MYERS LLP | 7 TIMES SQUARE | NEW YORK | NY | 100366524 | USA | 50,000.00 |
| **Grand Total** | | | | | | **519,135.46** |

**Ventech Engineers L.P.**
**Attachment 4.1 - Form 207 Part 2, Question 4**
**Payments/Transfers to Insiders 1 Year Before Petition**

| Name | Address | City | State | Zip | Country | Sum of Line Item Amount |
|---|---|---|---|---|---|---|
| BRUCE SMITH | 400 ELIZABETH ROAD | San Antonio | TX | 78209 | USA | 18,000.00 |
| IAN ANDERSON | 48 Sugar Berry Circle | HOUSTON | TX | 77024 | USA | 31,260.68 |
| JOERG MATTHIESSEN | 222 12th Street, Unit 2107 | Atlanta | GA | 30309 | USA | 366,500.00 |
| ROBERT H WALLS, JR | 132 PARK HILL DR | San Antonio | TX | 78212 | USA | 45,111.92 |
| COOPERS INVESTMENT PARTNERS, LLC | 1114 AVENUE OF THE AMERICAS, 41st Floor | New York | NY | 100360036 | USA | 14,620.95 |
| VENTECH ENERGY LLC | 100 PASADENA BLVD. | Pasadena | TX | 77506 | USA | 307,000.00 |
| VENTECH ENGINEERS HOLDING B.V. | 100 PASADENA BLVD. | Pasadena | TX | 77506 | USA | 3,070,000.00 |
| VENTECH ENGINEERS INTL. | 100 PASADENA BLVD. | Pasadena | TX | 77506 | USA | 17,050,205.90 |
| VENTECH ENGINEERS LLC | 100 PASADENA BLVD. | Pasadena | TX | 77506 | USA | 425,000.00 |
| VENTECH ENGINEERS N.A. | 100 PASADENA BLVD. | Pasadena | TX | 77506 | USA | 657,000.00 |
| VENTECH ENGINEERS USA | 100 PASADENA BLVD. | Pasadena | TX | 77506 | USA | 1,125,000.00 |
| VENTECH INTERNATIONAL PROJECTS LLC | 100 PASADENA BLVD. | Pasadena | TX | 77506 | USA | 22,000.00 |
| VENTECH REFINING SOLUTIONS | 100 PASADENA BLVD. | Pasadena | TX | 77506 | USA | 790,000.00 |
| VENTECH XTL OKLAHOMA CITY LLC | 100 PASADENA BLVD. | Pasadena | TX | 77506 | USA | 3,710,921.37 |
| **Grand Total** | | | | | | **27,632,620.82** |

Document 4    Filed in TXSB on 05/26/17    Page 12 of 23

Attachment 7.1
Form 207, Part 3, Question 7 --- Legal Actions

| Company | Title | Case No. | Nature of Case | Court Name | Court Address | Party Contact Information | Status |
|---|---|---|---|---|---|---|---|
| Ventech North America | WBI Energy, Inc. v. Ventech Engineers North America LLC | 01-16-0004-9552 | Breach of Contract | American Arbitration Association | 13727 Noel Road Suite 700 Dallas, TX 75240 | | Settled; Pending Paperwork |
| Ventech Energy, VELP, VEILLC | TexStar Midstream Service, LP v. Ventech Energy LLC, et al. | 2015-49039 | Breach of Contract; Negligence; Alter Ego; Breach of Warranties | Harris County District Court - 11th Judicial District | 201 Caroline, 9th Floor Houston, Texas 77002 | TexStar Midstream Services, LP 18615 Tuscany Stone, Suite 300 San Antonio, Texas 78258<br><br>Counsel:<br>Gregory Cokinos<br>Cokinos Young<br>Four Houston Center<br>1221 Lamar, 16th Floor<br>Houston, Texas 77010 | Settled; Pending Paperwork |
| Ventech USA; VELP | Bay Ltd. v. Ventech Engineers USA, LLC, et al. | 2015-61086 | Breach of Contract; Breach of Warranties; Payment Bond Claim; Quantum Meruit; Tortious Interference | Harris County District Court - 127th Judicial District | 201 Caroline, 10th Floor Houston, Texas 77002 | BMS Project Services, LLC PO Box 791 807 Wayne Road, Eunice, LA, 70535<br><br>Counsel for their insurance carrier:<br>Andrew McCluggage<br>Thompson Coe<br>One Riverway, Suite 1400<br>Houston, Texas 77056 | Settled as to Bay; Settled as to Buckeye; Settled as to Weschester; Pending as to BMS |
| Ventech BV, VELP | Ventech Engineers Holding BV v. Taq Taq Operating Co. Ltd. | 153196 | Breach of Contract; Injunctive Relief to prevent Letters of Credit from being drawn | London Court of International Arbitration | 70 Fleet Street London EC4Y 1EU | | Settled |
| VELP | IRS 2012 Tax audit | n/a | tax audit for 2012 | Internal Revenue Service | 1919 Smith St Houston, TX 77002 | | closed in January 2017 |
| VELP | IRS 2013 Tax audit | n/a | tax audit for 2013 | Internal Revenue Service | 1919 Smith St Houston, TX 77002 | | underway |

Case 17-33203 Document 4 Filed in TXSB on 05/26/17 Page 13 of 23

**Ventech Engineers L.P.**
**Attachment 25**
**Form 207, Part 13, Question 25 - Other businesses in which the debtor has or has had an interest**

| Name of Entity | % Owned | Current Value of Interest** |
|---|---|---|
| Ventech Engineers LLC | 100 | 0.00 |
| Ventech Energy LLC | 100 | 0.00 |
| Ventech Offshore S.A.* | 100 | 0.00 |
| Ventech Engineers International LLC | 100 | 0.00 |
| Ventech Management, Inc.* | 100 | 0.00 |
| Ventech Fabrication Services LLC | 100 | 0.00 |
| Ventech Engineers North America LLC | 100 | 0.00 |
| Ventech Engineers USA LLC | 100 | 0.00 |
| Ventech Vessel Fabricators LLC | 100 | 0.00 |
| Ventech Global Projects, Inc. | 100 | 0.00 |
| Ventech International Projects LLC | 100 | 0.00 |
| Ventech Global Construction LLC | 100 | 0.00 |
| Ventech Modular Fabricators LLC | 100 | 0.00 |
| Ventech Refining Solutions LLC | 100 | 0.00 |
| Ventech Plant Constructors LLC | 100 | 0.00 |
| Ventech Engineers & Fabricators LLC | 100 | 0.00 |
| Ventech Industrial Contractors LLC | 100 | 0.00 |
| Ventech XTL LLC | 100 | 0.00 |

*Non-debtor

** The book value may be different from the estimated current value of interest.

**See attached corporate structure chart**

**Attachment 26d - Form 207 Part 13, Question 26d**

**Books, records, and financial statements --- List of parties to whom Debtors issued a financial statement within 2 years**

| Name | Dept/Contact | Address | City State Zip | Notes |
|---|---|---|---|---|
| Frost Bank | Banking, Investments, Insurance | 9821 Katy Fwy, Suite 100 | Houston, Texas 77024 | |
| Bank of America | Attn Thomas Czerwinski | 700 Louisiana Street, 8th Floor | Houston, TX 77002 | |
| John L. Wortham & Son, LP | Phil Bair | 2727 Allen Parkway, Suite 2100 | Houston, TX 77019 | |
| Cooper Investment Partners | | 1633 Broadway, 18th Floor | New York, NY 10019 | |
| Stanley Investment Partners Inc | | P. O. Box 1042 | Seabrook, TX 77586 | |
| Ernst & Young | | 1401 McKinney, Suite 1200 (5 Houston Center) | Houston, TX 77010-2007 | |
| EXPORT DEVELOPMENT CANADA | | 150 Slater St. | Ottawa, Ontario,Canada K1A 1K3 | |
| King & Spalding, LLP | Ed Ripley | 1100 Louisiana, Suite 4000 | Houston, Texas 77002 | |
| Cokinos/Young | in conjunction with Texstar litigation | Four Houston Center, 1221 Lamar, 16th Floor | Houston, Texas 77010 | |
| Porter Hedges LLP | in conjunction with DPR litigation | 1000 Main Street, 36th Fl. | Houston, Texas 77002 | Ventech Engineers North America LLC financials only |
| Westchester Fire Insurance Company | Doug Wills | 15 Mountain View Road, P.O. Box 1616 | Warren, New Jersey 07059, USA | |
| Mastec | Pablo Alvarez | 800 Douglas Road, 12th Floor | Coral Gables, FL 33134 | |
| JLS Capital  Strategies LLC | John Schuster | 1875 K Street, NW | Washington, DC 20006 | |
| Pyramid E&C/Turnkey Specialists Inc. | Ashish Bajpai | 12121 Wickchester Ln. #200 | Houston, TX 77079 | ashish.bajpai@pyramidenc.com |

**Attachment 28 and 29 - Form 207 Part 13, Questions 28 and 29**
**Officers, Directors, Managing Members, etc.**

| Corporation | Date of Inc. | Registered Agent/Address | Directors/Managers | Officers | Authorized Shares | Issued Shares | Shareholder/Member | Type/Year End | Depository Bank Account No. | Charter No./Incorporated In | Taxpayer ID No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ventech GP LLC** | 8/31/2011 | CSC Corporation Service Company | Joerg Mattheissen, Chairman; Directors: Kevin Stanely, Kreg Stanley, Mitch Taylor, Steve Cooper, Rob Walls and Bill Stanley, Ian Anderson | Pres Ian Anderson Sec Laura Hotard Tres Kefalari Mason VP Engineering Dennis Smith VP Procurement, Logistics, & Subcontracts Johnny Virgin | | Ventech Holdings 1 LLC: A - 7,000 limited units SIPI B - 3,000 Limited Units 393 Common Sharess | SIPI | Dec | | Delaware | 45-3571122 |
| **Ventech Engineers L.P.** (formerly Ventech, Inc.) | 4/27/1977, name & state converted 8/31/11 | CSC Corporation Service Company | Ventech GP, LLC, General Partner Kefalari Mason, Manager | Pres Ian Anderson Sec Laura Hotard Tres Kefalari Mason VP Engineering Dennis Smith VP Procurement, Logistics, & Subcontracts Johnny Virgin | 1,000,000 common | SIPI: 11.8%, Ventech Holdings 3, LLC (Cooper): 88.2%, Ventech GP: 1%s | General Partner: Ventech GP LLC | Dec | J.P. Morgan Chase Bank, N.A. 1884880889 Swift Code No. CHASUS33 ABA 021000021 | Delaware # 5032190 (formerly Texas 404102-0) | 90-0900943 (formerly 74-1921283) |
| **Ventech Engineers LLC** (formerly Ventech Engineers, Inc.) | 6/21/1967 Restated Articles 6/27/97 converted 8/31/11 | CSC Corporation Service Company | Kefalari Mason, Manager | Pres Ian Anderson Sec Laura Hotard Tres Kefalari Mason VP Engineering Dennis Smith VP Procurement, Logistics, & Subcontracts Johnny Virgin | 50,000 common 50,000 preferred | 9,894 | VELP | LLC Dec | J.P. Morgan Chase Bank 1884880830 | 801473809 Texas | 74-1587644 |
| **Ventech Fabrication Services LLC** (formerly Ventech Fabrication Services, Inc. (formerly Ventech Relocation Services, Inc., formerly Tartar Properties, Inc.) | 2/8/1999 name changed 10/26/07 & 9/7/10 & converted 8/30/11 | CSC Corporation Service Company | Kefalari Mason, Manager | Pres Ian Anderson Sec Laura Hotard Tres Kefalari Mason VP Engineering Dennis Smith VP Procurement, Logistics, & Subcontracts Johnny Virgin | 1,000,000 | 1,000 | VELP (1,000) | LLC Dec | | 801473798 Texas | 76-0596482 |
| **Ventech Engineers International LLC** (formerly Ventech Engineers International Corp. f/k/a Ventech Manufacturing, Inc.) | 6/24/1976 | CSC Corporation Service Company | Kefalari Mason, Manager | Pres Ian Anderson Sec Laura Hotard Tres Kefalari Mason VP Engineering Dennis Smith VP Procurement, Logistics, & Subcontracts Johnny Virgin | 10,000 | 1,000 | VELP (1,000) | LLC Dec | J.P. Morgan Chase Bank 1560184507 | 801473815 Texas | 74-1875030 |

Case 17-33203 Document 4 Filed in TXSB on 05/26/17 Page 17 of 23

| Corporation | Date of Inc. | Registered Agent/Address | Directors/Managers | Officers | Authorized Shares | Issued Shares | Shareholder/Member | Type/ Year End | Depository Bank Account No. | Charter No./ Incorporated In | Taxpayer ID No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ventech Energy LLC** (formerly Ventech Energy Corporation) | 2/3/1984 converted 8/30/11 | CSC Corporation Service Company | Kefalari Mason, Manager | Pres Ian Anderson Sec Laura Hotard Tres Kefalari Mason VP Engineering Dennis Smith VP Procurement, Logistics, & Subcontracts Johnny Virgin | 1,000,000 | 1,000 | VELP(1,000) (purchased from Holding 1/20/11) | LLC Dec | Frost National Bank, 694020847 | 801473791 Texas | 76-0071829 |
| **Ventech International Services Philippines, Inc.** | 5/4/2007 | | Jenny Santiago - Director Mia Carissa Martin - Director Israfel Fagela - Secretary | Ian Anderson - Director, Pres. Chairman Dennis Smith - Director, VP Kef Masonl Treasurer | | 20,000 | VEIC (19.979) Anaa Gongora 1 Jon Bello 1 Jorge Abes 1 Anthony Abenir 1 Enrique Vera 1 Rick Stockton 1 | Dec | | Philippines | |
| **Ventech Management, Inc.** | 10/28/2005 | Maples & Calder P. O. Box 309 Grand Cayman, Cayman Island British West Indies | Kefalari Mason, Director | Pres Ian Anderson Sec Laura Hotard Tres Kefalari Mason VP Engineering Dennis Smith VP Procurement, Logistics, & Subcontracts Johnny Virgin | 50,000 | 1,000 | VELP.(1,000) | Dec | First Caribbean | Cayman Islands | 26-0878505 |
| **Ventech Offshore, S. A.** f/k/a Ventech International, S.A. | 6/10/1981 | Maples & Calder P. O. Box 309 Grand Cayman, Cayman Island British West Indies | Kefalari Mason, Director | Pres Ian Anderson Sec Laura Hotard Tres Kefalari Mason VP Engineering Dennis Smith VP Procurement, Logistics, & Subcontracts Johnny Virgin | 50,000 (converted 12/19/04) | 1,000 | VELP.(1,000) | June | | 22077 Cayman Islands | 76-0021627 |
| **Ventech Engineers Holding BV** (formerly Neco Investments I BV) (Ventek Insaat ve Tesisat A.S.) | 4/28/1928 (amended & acquired 6/13/2007) | Locatellikade 1,1076AZ Amesterdam / Postbus 75215, 1070AE Amsterdam | Kefalari Mason, Director | Pres Ian Anderson Sec Laura Hotard Tres Kefalari Mason VP Engineering Dennis Smith VP Procurement, Logistics, & Subcontracts Johnny Virgin | 90,000 Euros Capital | 180 shares (value 100 Euros each) | Ventech Offshore S.A. | June | | Netherlands 32064599 | Netherlands |
| **Ventech Engineers North America LLC** (formerly Ventech Engineers North America, Inc.) | 5/8/2008 converted 8/30/11 | CSC Corporation Service Company | Kefalari Mason, Manager | Pres Ian Anderson Sec Laura Hotard Tres Kefalari Mason VP Engineering Dennis Smith VP Procurement, Logistics, & Subcontracts Johnny Virgin | 1,000,000 | 1,000 | VELP.(1,000) | LLC Dec | JP Morgan Chase Bank | 801473806 Texas | 26-2607325 |

| Corporation | Date of Inc. | Registered Agent/Address | Directors/Managers | Officers | Authorized Shares | Issued Shares | Shareholder/Member | Type/ Year End | Depository Bank Account No. | Charter No./ Incorporated In | Taxpayer ID No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ventech Engineers USA LLC** (formerly Ventech Engineers USA, Inc.) | 5/8/2008 converted 8/30/11 | CSC Corporation Service Company | Kefalari Mason, Manager | Pres Ian Anderson Sec Laura Hotard Tres Kefalari Mason VP Engineering Dennis Smith VP Procurement, Logistics, & Subcontracts Johnny Virgin | 1,000,000 | 1,000 | VELP(1,000) | LLC Dec | JP Morgan Chase Bank | 801473811 Texas | 26-2607499 |
| **Ventech Vessel Fabricators LLC** (formerly Ventech Vessel Fabricators, Inc.) | 9/9/2008 converted 8/30/11 | CSC Corporation Service Company | Kefalari Mason, Manager | Pres Ian Anderson Sec Laura Hotard Tres Kefalari Mason VP Engineering Dennis Smith VP Procurement, Logistics, & Subcontracts Johnny Virgin | 1,000,000 | 1,000 | VELP (1,000) | Dec | | 801473820 Texas | 26-3416525 |
| **Ventech Global Projects, Inc.** | 6/29/2009 | CSC Corporation Service Company | Kefalari Mason, Manager | Pres Ian Anderson Sec Laura Hotard Tres Kefalari Mason VP Engineering Dennis Smith VP Procurement, Logistics, & Subcontracts Johnny Virgin | 1,000,000 | 2,500 | VELP(2,500) | C June | | 801140365 Texas | 27-0459146 |
| **Ventech International Projects LLC,** (formerly Ventech International Projects, Inc.) | 3/5/2010 converted 8/30/11 | CSC Corporation Service Company | Kefalari Mason, Manager | Pres Ian Anderson Sec Laura Hotard Tres Kefalari Mason VP Engineering Dennis Smith VP Procurement, Logistics, & Subcontracts Johnny Virgin | 1,000,000 | 1,000 | VELP | LLC Dec | | 801473803 Texas | 27-2092187 |
| **Ventek Insaat ve Tesisat A.S.** | | | Kefalari Mason Director | | | | Ventech Engineers Holding B.V. (63%) | | | | Turkey |
| **Ventech Global Construction LLC** | 9/27/2012 | CSC Corporation Service Company | Kefalari Mason, Manager | Pres Ian Anderson Sec Laura Hotard Tres Kefalari Mason VP Engineering Dennis Smith VP Procurement, Logistics, & Subcontracts Johnny Virgin | | | VELP | Dec | | 801662153 Texas | 46-1130736 |

| Corporation | Date of Inc. | Registered Agent/Address | Directors/Managers | Officers | Authorized Shares | Issued Shares | Shareholder/Member | Type/ Year End | Depository Bank Account No. | Charter No./ Incorporated In | Taxpayer ID No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ventech Modular Fabricators LLC** | 9/27/2012 | CSC Corporation Service Company | Kefalari Mason, Manager | Pres Ian Anderson Sec Laura Hotard Tres Kefalari Mason VP Engineering Dennis Smith VP Procurement, Logistics, & Subcontracts Johnny Virgin | | | VELP | Dec | | 801662179 Texas | 46-1162960 |
| **Ventech Refining Solutions LLC** | 1/10/2013 | CSC Corporation Service Company | Kefalari Mason, Manager | Pres Ian Anderson Sec Laura Hotard Tres Kefalari Mason VP Engineering Dennis Smith VP Procurement, Logistics, & Subcontracts Johnny Virgin | | | VELP | Dec | | 801715757 Texas | 46-1876454 |
| **Ventech Plant Constructors LLC** | 1/10/2013 | CSC Corporation Service Company | Kefalari Mason, Manager | Pres Ian Anderson Sec Laura Hotard Tres Kefalari Mason VP Engineering Dennis Smith VP Procurement, Logistics, & Subcontracts Johnny Virgin | | | VELP | Dec | | 801715770 Texas | 46-1865107 |
| **Ventech Engineers & Fabricators LLC** | 1/10/2013 | CSC Corporation Service Company | Kefalari Mason, Manager | Pres Ian Anderson Sec Laura Hotard Tres Kefalari Mason VP Engineering Dennis Smith VP Procurement, Logistics, & Subcontracts Johnny Virgin | | | VELP | Dec | | 801715756 Texas | 46-1852106 |
| **Ventech Industrial Contractors LLC** | 1/10/2013 | CSC Corporation Service Company | Kefalari Mason, Manager | Pres Ian Anderson Sec Laura Hotard Tres Kefalari Mason VP Engineering Dennis Smith VP Procurement, Logistics, & Subcontracts Johnny Virgin | | | VELP | Dec | | 801715769 Texas | 46-1806842 |

| Corporation | Date of Inc. | Registered Agent/Address | Directors/Managers | Officers | Authorized Shares | Issued Shares | Shareholder/Member | Type/ Year End | Depository Bank Account No. | Charter No./ Incorporated In | Taxpayer ID No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ventech XTL LLC** | 8/22/2013 | CSC Corporation Service Company | Kefalari Mason, Manager | Pres Ian Anderson Sec  Laura Hotard Tres Kefalari Mason VP Engineering Dennis Smith VP Procurement, Logistics, & Subcontracts Johnny Virgin | | | VELP | | | 801838474 Texas | 46-3622500 |
| **Ventech XTL Oklahoma City, LLC** | 4/3/2014 | CSC Corporation Service Company | Kefalari Mason, Manager | Pres Ian Anderson Sec  Laura Hotard Tres Kefalari Mason VP Engineering Dennis Smith VP Procurement, Logistics, & Subcontracts Johnny Virgin | | | Ventech XTL LLC | | | 801965535 Texas | 30-0825549 |

| Name | Position | Address | City | State | Zip | | | |
|------|----------|---------|------|-------|-----|---|---|---|
| DENNIS SMITH | Officer | 195 N HARBOR DRIVE, #5303 | Chicago | IL | 60601 | | | |
| JOERG MATTHIESSEN | Chairman/Director | 222 12TH STREET, UNIT 2107 | Atlanta | GA | 30309 | | | |
| JOHNNY VIRGIN | Officer | 2128 Pebble Beach Dr. | LEAGUE CITY | TX | 77573 | | | |
| KEFALARI MASON | Officer | 13810 Majestic Spring Lane | Humble | TX | 77396 | | | |
| KEVIN STANLEY | Director | 12445C Park Shadows Trail - B | HOUSTON | TX | 77058 | | | |
| LAURA HOTARD | Officer | 1874 Round Rock Street | FRIENDSWOOD | TX | 77546 | | | |
| OLIVER PUSKAC | Officer | 9014 Elizabeth Road | HOUSTON | TX | 77055 | | | |
| BRUCE SMITH | Director | 400 ELIZABETH ROAD | San Antonio | TX | 78209 | Former Director, ended June 8, 2016 | | |
| IAN ANDERSON | Officer/Director | 48 Sugar Berry Circle | HOUSTON | TX | 77024 | | | |
| ROBERT H WALLS, JR | Director | 132 PARK HILL DR | San Antonio | TX | 78212 | | | |
| COOPERS INVESTMENT PARTNERS, LLC | Partner | 1114 AVENUE OF THE AMERICAS, 41st Floor | New York | NY | 10036 | | 91.87% | Current Ownership % |
| SCOTT MCCLARY | Officer | 2903 Bay Isle, | Houston | TX | 77059 | | | |
| Kreg Stanley | Director | 700 Oak Park Ct. | FRIENDSWOOD | TX | 77546 | | | |
| Bill Stanley | Director | 12445 B Park Shadow | HOUSTON | TX | 77058 | | | |
| Mitch Taylor | Director | 1114 AVENUE OF THE AMERICAS, 41st Floor | New York | NY | 10036 | | | |
| Steve Cooper | Director | 1114 AVENUE OF THE AMERICAS, 41st Floor | New York | NY | 10036 | | | |
| Martin Siddle | Officer | 6008-F Glencove Street | HOUSTON | TX | 77007 | Former Officer, ended March 2016 | | |
| Stanley Investment Partners Inc | Partner | P. O. Box 1042 | Seabrook | TX | 77586 | | 8.13% | Current Ownership % |

**Pay History**
**VENTECH ENGINEERS LP**
**5/1/2016 - 4/30/2017**

| Employee Information | | | Earnings | | | Tax Deductions | | | Voluntary Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Desc | Hours | Gross Pay | Desc | Wages | Amount | Desc | Amount | |
| **SUMMARY for 5/1/2016 - 4/30/2017** | | | Reg Job Hrs | 568.00 | 102,403.86 | Federal | 326,552.02 | 88,721.18 | 401K | 30,692.32 | |
| **Anderson, Ian** | Emp#: | 4258 | Comp | 0.00 | 2,226.89 | Soc Sec EE | 121,260.87 | 7,518.17 | HEALTH INS | 6,867.70 | |
| Company: | E807K | Dept: | 00 | MATCH | 0.00 | 4,730.76 | Medicare EE | 357,244.34 | 6,627.72 | Prtx HSA | 10,337.28 | |
| Hire Date: | 11/2/2015 | Division: | | Hol Hours | 64.00 | 11,538.48 | | | | DentalVision | 1,630.36 | |
| Freq: | Bi-Weekly | Branch: | | PTO | 241.79 | 43,303.57 | | | | DISABILITY | 672.10 | |
| | | JobCode: | 8809 | REG HRS | 1,090.00 | 218,437.77 | | | | | | |
| | | | *GTL | 0.00 | 396.00 | | | | | | |
| | | | *ER HSA | 0.00 | 2,019.15 | | | | | | |
| | | | Total: | 1,963.79 | 375,683.68 | Total: | | 102,867.07 | Total: | 50,199.76 | 222,616.85 |

Case 17-33203 Document 4 Filed in TXSB on 05/26/17 Page 22 of 23

**Ventech Engineers L.P.**
**Attachment**
**Form 207, Part 13, Question 30 - Payments, distributions to insiders**

| Name | Position / Relationship to Debtor | Address | City | State | Zip | Total Amount | Dates | Reason |
|---|---|---|---|---|---|---|---|---|
| JOERG MATTHIESSEN | Chairman/Director | 222 12TH STREET, UNIT 2107 | Atlanta | GA | 30309 | $300,000.00 | 5/1/2016 - 4/30/2017 | Services performed as a consultant prior to 2016 |
| JOERG MATTHIESSEN | Chairman/Director | 222 12TH STREET, UNIT 2107 | Atlanta | GA | 30309 | $67,000.00 | 5/1/2016 - 4/30/2018 | Board Compensation |
| BRUCE SMITH | Director | 400 ELIZABETH ROAD | San Antonio | TX | 78209 | $8,500.00 | 5/1/2016 - 4/30/2017 | Board Compensation |
| ROBERT H WALLS, JR | Director | 132 PARK HILL DR | San Antonio | TX | 78212 | $45,611.92 | 5/1/2016 - 4/30/2017 | Board Compensation |