

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/06/2017

| In re: | § | |
|---|---|---|
| VENTECH ENGINEERS L.P. | § § § § | Case No. 17-33203 (Chapter 7) |
| VENTECH ENGINEERS LLC | § § § | Case No. 17-33206 (Chapter 7) |
| VENTECH FABRICATION SERVICES LLC | § § § | Case No. 17-33208 (Chapter 7) |
| VENTECH ENGINEERS INTERNATIONAL LLC | § § § | Case No. 17-33210 (Chapter 7) |
| VENTECH ENERGY LLC | § § § | Case No. 17-33212 (Chapter 7) |
| VENTECH ENGINEERS NORTH AMERICA LLC | § § § | Case No. 17-33213 (Chapter 7) |
| VENTECH ENGINEERS USA LLC | § § § | Case No. 17-33220 (Chapter 7) |
| VENTECH VESSEL FABRICATORS LLC | § § § | Case No. 17-33221 (Chapter 7) |
| VENTECH GLOBAL PROJECTS, INC. | § § § | Case No. 17-33226 (Chapter 7) |
| VENTECH INTERNATIONAL PROJECTS LLC | § § § | Case No. 17-33228 (Chapter 7) |
| VENTECH GLOBAL CONSTRUCTION LLC | § § § | Case No. 17-33232 (Chapter 7) |
| VENTECH MODULAR FABRICATORS LLC | § § § | Case No. 17-33239 (Chapter 7) |
| VENTECH REFINING SOLUTIONS LLC | § § § | Case No. 17-33243 (Chapter 7) |

| | | |
|---|---|---|
| VENTECH PLANT CONSTRUCTORS LLC | § § § | Case No. 17-33244 (Chapter 7) |
| VENTECH ENGINEERS & FABRICATORS LLC | § § § | Case No. 17-33245 (Chapter 7) |
| VENTECH INDUSTRIAL CONTRACTORS, LLC | § § § | Case No. 17-33246 (Chapter 7) |
| VENTECH XTL LLC | § § § | Case No. 17-33247 (Chapter 7) |
| VENTECH XTL OKLAHOMA CITY LLC | § § § | Case No. 17-33248 (Chapter 7) |

## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 7 CASES

Upon the Motion[1] filed by Rodney D. Tow, chapter 7 trustee (the "Trustee") for each of the above-captioned Debtors (the "Debtors") for entry of an order (the "Order") consolidating the administration of these Chapter 7 Cases for procedural purposes only, all as more fully set forth in the Motion; and the court having jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that proper and adequate notice of the Motion and hearing thereon has been given and that no other or further notice is necessary; and the Court having found that good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings before the Court in connection the Motion, it is HEREBY ORDERED THAT:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Motion.

1. The above-captioned Chapter 7 Cases shall be jointly administered for procedural purposes only as follows. Additionally, the following checked items are ordered:

   a.    X    Case Nos. 17-33203, 17-33206, 17-33208, 17-33210, 17-33212, 17-33213, 17-33220, 17-33221, 17-33226, 17-33228, 17-33232, 17-33239, 17-33243, 17-33244, 17-33245, 17-33246, 17-33247, and 17-33248 shall be transferred to Judge Jones, who has the lowest-numbered case.

   b.    X    Parties may request joint hearings on matters pending in any of the jointly administered cases.

   c.    X    The U.S. Trustee shall conduct joint informal meetings with the Debtors, as required, and a joint first meeting of creditors.

   d.    X    Proofs of claim filed by creditors of any Debtor shall reflect the caption and case number of the Debtor to which the claim relates and in which Chapter 7 Case such claim is to be filed. Creditors must file proofs of claim in the individual Chapter 7 Case of the Debtor against which the claim is made.

   e.    X    A separate claims register shall be maintained for each Debtor.

2. The Court shall maintain one file and one docket for all of the jointly administered cases under the case of Ventech Engineers L.P. and administer these Chapter 7 Cases under a consolidated caption as follows:

**In re:** § 
§ 
**VENTECH ENGINEERS L.P. et al.,**[2] §     **Case No. 17-33206**
§ 
           **DEBTORS.** §     **Jointly Administered**
§ 
§     **(Chapter 7)**

---

[2] The names of the debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ventech Engineers L.P. (0943); Ventech Engineers LLC (7644); Ventech Fabrication Services LLC (6482); Ventech Engineers International LLC (5030); Ventech Energy LLC (1829); Ventech Engineers North America LLC (7325); Ventech Engineers USA LLC (7499); Ventech Vessel Fabricators LLC (6525); Ventech Global Projects, Inc. (9146); Ventech International Projects LLC (2187); Ventech Global Construction, LLC (0736); Ventech Modular Fabricators LLC (2960); Ventech Refining Solutions LLC (6454); Ventech Plant Constructors LLC (5107); Ventech Engineers & Fabricators, LLC (2106); Ventech Industrial Contractors, LLC (6482); Ventech XTL LLC (2500); and Ventech XTL Oklahoma City LLC (5549).

3. The foregoing caption satisfies the requirements set forth in § 342(c)(1) of the Bankruptcy Code.

4. A notation substantially similar to the following shall be entered on each of the respective chapter 7 dockets to reflect the joint administration of these Chapter 7 Cases:

> An order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing the joint administration of the chapter 7 cases of Ventech Engineers L.P.; Ventech Engineers LLC; Ventech Fabrication Services LLC; Ventech Engineers International LLC; Ventech Energy LLC; Ventech Engineers North America LLC; Ventech Engineers USA LLC; Ventech Vessel Fabricators LLC ; Ventech Global Projects, Inc.; Ventech International Projects LLC; Ventech Global Construction, LLC; Ventech Modular Fabricators LLC; Ventech Refining Solutions LLC; Ventech Plant Constructors LLC; Ventech Engineers & Fabricators, LLC; Ventech Industrial Contractors, LLC; Ventech XTL LLC; and Ventech XTL Oklahoma City LLC. **The docket in Case No. 17-33203 should be consulted for all matters affecting the case. All further pleadings and other papers shall be filed in and all further docket entries shall be made in the chapter 7 case of Ventech Engineers L.P., Case No. 17-33203. However, creditors must file proofs of claim in the individual chapter 7 case of the Debtor against which the claim is made.**

5. The Trustee shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these Chapter 7 Cases.

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 7 Cases, provided, however, this Order shall be without prejudice to the rights of the Trustee to seek entry of an Order substantively consolidating the cases.

7. The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8.  The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: July 5th, 2017

_____
UNITED STATES BANKRUPTCY JUDGE