

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| **VENTECH ENGINEERS, L.P.** *et al.*,[2] § § | Case No. 17-33203 |
| § | Jointly Administered |
| **DEBTORS.** § | |
| § | **(Chapter 7)** |

### ORDER AUTHORIZING PAYMENT OF UTILITY CHARGES NUNC PRO TUNC TO APRIL 10, 2018 AND GRANTING RELATED RELIEF
(This Order relates to ECF No. 76.)

The Court, having considered the Trustee's *Emergency Motion for Order (i) Authorizing Payment of Utility Charges nunc pro tunc to April 10, 2018; and (ii) Granting Related Relief* (the "Motion"),[3] any responses to the Motion, the statements of counsel, and the record in this case, and having held a hearing on the Motion, finds that: (a) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties-in-interest; (d) proper and adequate notice of the Motion and hearing hereon has been given and no other or further notice is necessary; and (e) good and sufficient cause exists for the granting of the relief requested. Therefore, it is **ORDERED** that:

1.  The Trustee is authorized pay the Electricity Bill *nunc pro tunc* to April 10, 2018.

---

[2] The names of the debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ventech Engineers L.P. (0943); Ventech Engineers LLC (7644); Ventech Fabrication Services LLC (6482); Ventech Engineers International LLC (5030); Ventech Energy LLC (1829); Ventech Engineers North America LLC (7325); Ventech Engineers USA LLC (7499); Ventech Vessel Fabricators LLC (6525); Ventech Global Projects, Inc. (9146); Ventech International Projects LLC (2187); Ventech Global Construction, LLC (0736); Ventech Modular Fabricators LLC (2960); Ventech Refining Solutions LLC (6454); Ventech Plant Constructors LLC (5107); Ventech Engineers & Fabricators, LLC (2106); Ventech Industrial Contractors, LLC (6482); Ventech XTL LLC (2500); and Ventech XTL Oklahoma City LLC (5549).

[3] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2. The Trustee is authorized to make future payments for electricity charges for the Real Estate without further order of this Court.

3. The Trustee is authorized to take any actions reasonably necessary to effectuate the relief granted by this order.

4. The Court retains jurisdiction to hear and determine all disputes arising from or related to the implementation, interpretation, or enforcement of this order.

**Signed: April 16, 2018.**

**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**