THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **VENTECH ENGINEERS, L.P.** | § | Case No. 17-33203 |
| *et al.*,[1] | § | |
| | § | Jointly Administered |
| **DEBTORS.** | § | |
| | § | |

## NOTICE OF HEARING AND DEADLINE TO FILE OBJECTIONS
(Related to ECF Nos. 90, 91, 92, and 93)

PLEASE TAKE NOTICE that a hearing to consider the following:

1. Trustee's Motion for Order Authorizing Payment of Property Taxes (Pasadena ISD) [ECF No. 90];

2. Trustee's Amended Motion, Pursuant to Bankruptcy Code Sections 105(a), 363 and 503 for Entry of Order (a) Approving Sale of Certain of the Debtors' Assets, (b) Authorizing Payment of Certain Expenses Related to the Sale and (c) Approving an Auction Process and Break-up Fee, if Necessary [ECF No. 91];

3. Trustee's Motion for Authorization Pursuant to 11 U.S.C. §§ 105, 361 and 363 for Use of Cash Collateral [ECF No. 92]; and

4. Trustee's Application to Employ and Compensate Marvin F. Poer & Company to Provide Tax Services [ECF No. 93]

(collectively, the "Motions") has been set for **Wednesday, June 27, 2018 at 2:00 p.m.** before the Honorable David R. Jones, United States Bankruptcy Court, 515 Rusk, Courtroom No. 400, Houston, Texas 77002.

---

[1] The names of the debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ventech Engineers L.P. (0943); Ventech Engineers LLC (7644); Ventech Fabrication Services LLC (6482); Ventech Engineers International LLC (5030); Ventech Energy LLC (1829); Ventech Engineers North America LLC (7325); Ventech Engineers USA LLC (7499); Ventech Vessel Fabricators LLC (6525); Ventech Global Projects, Inc. (9146); Ventech International Projects LLC (2187); Ventech Global Construction, LLC (0736); Ventech Modular Fabricators LLC (2960); Ventech Refining Solutions LLC (6454); Ventech Plant Constructors LLC (5107); Ventech Engineers & Fabricators, LLC (2106); Ventech Industrial Contractors, LLC (6482); Ventech XTL LLC (2500); and Ventech XTL Oklahoma City LLC (5549).

PLEASE TAKE FURTHER NOTICE that the deadline for parties to file objections to the Motions is **Monday, June 25, 2018, at 5:00 p.m.**

Dated: June 18, 2018

Respectfully submitted,

DIAMOND McCARTHY LLP

*/s/ Charles M. Rubio*
Charles M. Rubio
TBA No. 24083768
crubio@diamondmccarthy.com
Michael D. Fritz
TBA No. 24083029
mfritz@diamondmccarthy.com
Two Houston Center
909 Fannin, 37th Floor
Houston, TX 77010
Telephone: (713) 333-5100
Facsimile: (713) 333-5199

*Counsel for Rodney D. Tow, Chapter 7 Trustee for Ventech Engineers, LP, et al.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 18, 2018, a true and correct copy of this Motion will be served on all parties registered to receive service through the CM/ECF system and via electronic service, upon the following:

(i) Inderbir Mann: inderbirsmann@gmail.com

(ii) Pasadena Mall 3D, LLC, John Quinlan: quinlanjo@aol.com

(iii) Bank of America: Ryan.Manns@nortonrosefulbright.com

(iv) U.S. Trustee: USTRegion07.HU.ECF@usdoj.gov

(v) Tim Cruz: t.cruz@elranchoinc.com

*/s/ Charles M. Rubio*



ENTERED
06/15/2018

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **VENTECH ENGINEERS, L.P.** | § | Case No. 17-33203 |
| *et al.*,[1] | § | |
| | § | Jointly Administered |
| **DEBTORS.** | § | |
| | § | (Chapter 7) |

**ORDER SETTING HEARING AND OBJECTION DEADLINE
IN CONNECTION WITH CERTAIN MOTIONS**
(Related to Docket Nos. 90, 91, 92, and 93)
(Docket No. 94)

Upon the motion (the "Motion")[2] of Rodney D. Tow, chapter 7 trustee (the "Trustee") for the estates of the debtors in the above-captioned chapter 7 cases (collectively, the "Debtors"), for entry of an order pursuant to Bankruptcy Rule 9006(c) to set a hearing and objection deadline in connection with the following motions: i) *Amended Motion, Pursuant to Bankruptcy Code Sections 105(a), 363 and 503 for Entry of Order (A) Approving Sale of Certain of the Debtors' Assets; (B) Authorizing Payment of Certain Expenses Related to the Sale; (C) Approving an Auction Process and Break-Up Fee, if Necessary* (the "Amended Sale Motion"); (ii) *Application to Employ and Compensate Marvin F. Poer & Company to Provide Tax Services* ("Poer Retention Application"); *Motion for Order Authorizing Payment of Property Taxes (Pasadena*

---

[1] The names of the debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ventech Engineers L.P. (0943); Ventech Engineers LLC (7644); Ventech Fabrication Services LLC (6482); Ventech Engineers International LLC (5030); Ventech Energy LLC (1829); Ventech Engineers North America LLC (7325); Ventech Engineers USA LLC (7499); Ventech Vessel Fabricators LLC (6525); Ventech Global Projects, Inc. (9146); Ventech International Projects LLC (2187); Ventech Global Construction, LLC (0736); Ventech Modular Fabricators LLC (2960); Ventech Refining Solutions LLC (6454); Ventech Plant Constructors LLC (5107); Ventech Engineers & Fabricators, LLC (2106); Ventech Industrial Contractors, LLC (6482); Ventech XTL LLC (2500); and Ventech XTL Oklahoma City LLC (5549).

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

*ISD)*; and (iv) *Motion for Authorization Pursuant to 11 U.S.C. §§ 105, 361 and 363 for Use of Cash Collateral* (collectively, the "Motions"); and it appearing that no other or further notice is necessary except as provided herein; and it appearing that the relief requested in the Motion is in the best interests of the Trustee, the Debtors' estates, their creditors and other parties in interest; and upon the record of these chapter 7 cases, and after due deliberation thereon, and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. **The hearing to consider the Motions shall be held on June 27, 2018, at 2:00 p.m. (CST) before the Honorable David R. Jones, 515 Rusk Ave., Houston, Texas, Courtroom 400.** The hearing on the Motions may be adjourned from time to time without further notice other than an announcement of the adjourned date or dates in open court. Notice of such adjourned date(s) will be available on the electronic case filing docket.

2. The Trustee shall serve a copy of this Order as promptly as practicable on the day of entry thereof by fax, email or overnight mail, on (i) Mann, (ii) PM3D, (iii) Bank of America, the Debtors' pre-petition secured creditor, (iv) the Office of the United States Trustee for the Southern District of Texas; (v) to all entities known by the Trustee to have expressed an interest in a transaction with respect to the Assets since the Petition Date; and (vi) all parties set forth in the Debtors' Service List maintained in these cases, including all the parties requesting notice pursuant to Rule 2002 of the Bankruptcy Rules.

4. **Any objections ("Objections") to the approval of the Motions shall be filed** on the docket **no later than 5:00 p.m. (CST) on June 25, 2018**.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of this Order.

**Signed: June 15, 2018.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE