**THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **VENTECH ENGINEERS, L.P.** *et al.,*[1] | § | **Case No. 17-33203** |
| | § | |
| | § | **Jointly Administered** |
| **DEBTORS.** | § | **(Chapter 7)** |

**TRUSTEE'S NOTICE OF CLOSING OF SALE OF 100 PASADENA BLVD.**

TO THE HONORABLE DAVID R. JONES, UNITED STATES BANKRUPTCY JUDGE:

Rodney D. Tow, the Chapter 7 Trustee (the "Trustee") of the estates of the above-captioned debtors (the "Debtors"), files this *Notice of Closing of Sale of 100 Pasadena Blvd.* and respectfully represents as follows:

1.      On May 17, 2018, the Trustee filed his *Motion, Pursuant to Bankruptcy Code Sections 105(a), 363 and 503 for Entry of Order (A) Approving Sale of Certain of the Debtors' Assets, (B) Authorizing Payment of Certain Expenses Related to the Sale and (C) Approving an Auction Process and Break-up Fee, if Necessary* [ECF No. 83], seeking authority to, among other things, sell the Debtors' former headquarters located at 100 Pasadena Blvd., Pasadena, Texas 77506 (the "Property").

2.      On June 13, 2018, the Trustee filed his *Amended Motion, Pursuant to Bankruptcy Code Sections 105(a), 363 and 503 for Entry of Order (A) Approving Sale of Certain of the*

---

[1]      The names of the debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Ventech Engineers L.P. (0943); Ventech Engineers LLC (7644); Ventech Fabrication Services LLC (6482); Ventech Engineers International LLC (5030); Ventech Energy LLC (1829); Ventech Engineers North America LLC (7325); Ventech Engineers USA LLC (7499); Ventech Vessel Fabricators LLC (6525); Ventech Global Projects, Inc. (9146); Ventech International Projects LLC (2187); Ventech Global Construction, LLC (0736); Ventech Modular Fabricators LLC (2960); Ventech Refining Solutions LLC (6454); Ventech Plant Constructors LLC (5107); Ventech Engineers & Fabricators, LLC (2106); Ventech Industrial Contractors, LLC (6482); Ventech XTL LLC (2500); and Ventech XTL Oklahoma City LLC (5549).

*Debtors' Assets, (B) Authorizing Payment of Certain Expenses Related to the Sale and (C) Approving an Auction Process and Break-up Fee, if Necessary* [ECF No. 91] (the "Amended Sale Motion").

3.      On July 10, 2018, the Court issued an *Order Approving Sale of Certain of the Debtors' Assets and Authorizing Payment of Certain Expenses Related to the Sale* [ECF No. 110] (the "Sale Order"), which granted the Amended Sale Motion and approved the sale of the Property to Pasadena Mall 3D, LLC (the "Buyer").

4.      The sale of the Property closed on July 27, 2018.  Attached as **Exhibit A** is a copy of the closing statement.

5.      The Trustee and Bank of America, N.A., have agreed to make a distribution to Bank of America, N.A. from the proceeds of the sale of the Property in the amount of $1,137,845.54.

6.      In connection with the Trustee's obligation to remove documents as described in the agreement for the Sale of the Property, the Trustee received an offer from the Buyer to remove the documents for a $25,000 closing credit.  The Trustee, in his reasonable business judgment and with the consent of Bank of America, accepted the Buyer's offer.  The $25,000 closing credit is reflected in the attached closing statement.

7.      Further, on Sept. 11, 2018, the Trustee paid a final utility bill dated July 16, 2017 attributable to the Property in the amount of $7,853.98.

Dated: October 3, 2018                    Respectfully submitted,

                                          DIAMOND McCARTHY LLP

                                          */s/  Michael D. Fritz*
                                          Charles M. Rubio
                                          TBA No. 24083768
                                          crubio@diamondmccarthy.com
                                          Michael D. Fritz
                                          TBA No. 24083029
                                          mfritz@diamondmccarthy.com
                                          Two Houston Center
                                          909 Fannin, 37th Floor
                                          Houston, TX 77010
                                          Telephone: (713) 333-5100
                                          Facsimile: (713) 333-5199

                                          *Counsel for Rodney D. Tow, Chapter 7*
                                          *Trustee*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 3, 2017, a true and correct copy of the foregoing was served on all parties registered to receive service through the CM/ECF system.

                                          */s/ Michael D. Fritz*
                                          Michael D. Fritz

# EXHIBIT A

OMB Approval No. 2502-0265

HUD-1



# A. Settlement Statement (HUD-1)

Page 1 of 2

**B. Type of Loan**

| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File Number: 3094918-02472 | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside of the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| PASADENA MALL 3D, LLC 22310 GRAND CORNER DRIVE, SUITE 140 KATY, TX 77494-7467 | RODNEY D. TOW, TRUSTEE OF RODNEY D. TOW, TRUSTEE FOR THE CHAPTER 7 BANKRUPTCY ESTATE OF VENTECH ENGINEERS INTERNATIONAL, LLC, A TEXAS LIMITED LIABILITY COMPANY, DEBTOR IN U.S. BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS (HOUSTON) CASE NO.17-33210 C/O 1122 HIGHBORNE CAY COURT TEXAS CITY, TX 77590 | CASH |

| G. Property Location | H. Settlement Agent AMERICAN TITLE COMPANY OF HOUSTON PHONE : (713) 995-8200 | |
|---|---|---|
| 100 PASADENA BOULEVARD , PASADENA, TX 77506 COUNTY: HARRIS LOT: TRACTS 4 AND 4B BLOCK: SUBDIVISION: WILLIAM VINCE SURVEY ABSTRACT 78 | Place of Settlement 6300 WEST LOOP SOUTH, SUITE 405 BELLAIRE, TX 77401 | I. Settlement Date 07/27/2018 Disbursement Date 07/27/2018 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | $1,500,000.00 | 401. Contract Sales Price | $1,500,000.00 |
| 102. Personal Property purchase | $75,000.00 | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | $502.00 | 403. Personal Property purchase from Rodney D. Tow, trustee for the Chapter 7 Bankruptcy Estate of Ventech Engineers International, LLC, a Texas limited liability company, debtor in U.S. Bankruptcy Court Southern District of Texas (Houston) Case No.17-33210 | $75,000.00 |
| 104. | | | |
| 105. | | | |
| **Adjustment for items paid by seller in advance** | | 404. | |
| 106. City/Town Taxes | | 405. | |
| 107. County Taxes | | **Adjustment for items paid by seller in advance** | |
| 108. Assessments | | 406. City/Town Taxes | |
| 109. | | 407. County Taxes | |
| 110. | | 408. Assessments | |
| 111. | | 409. | |
| 112. | | 410. | |
| | | 411. | |
| | | 412. | |
| **120. Gross Amount Due from Borrower** | $1,575,502.00 | **420. Gross Amount Due to Seller** | $1,575,000.00 |
| **200. Amounts Paid by or in Behalf of Borrower** | | **500. Reductions In Amount Due to Seller** | |
| 201. Deposit or earnest money | | 501. Excess Deposits | |
| 202. Principal Loan Amount | | 502. Settlement Charges to Seller | $209,603.14 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Sellers credit to buyer for removal of pf Documents | $25,000.00 | 504. | |
| 205. Funds deposited by buyer from Pasadena Mall 3D, LLC | $1,575,000.00 | 505. | |
| 206. | | 506. Sellers credit to buyer for removal of pf Documents | $25,000.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. All Taxes 136580.9700/yr 01/01/18 to 07/27/18 | $77,458.25 | 513. All Taxes 136580.9700/yr 01/01/18 to 07/27/18 | $77,458.25 |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid by/for Borrower** | $1,677,458.25 | **520. Total Reduction Amount Due Seller** | $312,061.39 |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement from/to Borrower** | |
| 301. Gross amount due from borrower (line 120) | $1,575,502.00 | 601. Gross amount due to seller (line 420) | $1,575,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | $1,677,458.25 | 602. Less reductions in amount due seller (line 520) | $312,061.39 |
| 303. Cash ☐ From ☒ To Borrower | -$101,956.25 | 603. Cash ☒ To ☐ From Seller | $1,262,938.61 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

Initials

| 3094918-02472 | HUD-1 | Page 2 of 2 |

## L. Settlement Charges

| | | Paid From Borrower's Funds At Settlement | Paid From Seller's Funds At Settlement |
|---|---|---|---|
| **700. Total Real Estate Broker Fees $90000.00** | | | |
| Division of Commission (line 700) as follows: The following persons, firms or corporations received a portion of the real estate commission amount shown above: | | | |
| 701. $90000.00 to Marcus & Millichap | | | |
| 702. Commission Selling | | | |
| 703. Commission paid at settlement | | | $90,000.00 |
| 704. | | | |
| **800. Items Payable in Connection with Loan** | | | |
| 801. Our origination charge | (from GFE #1 ) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | (from GFE #2 ) | | |
| 803. Your adjusted origination charges | (from GFE  A  ) | | |
| 804. Appraisal Fee | (from GFE #3 ) | | |
| 805. Credit report | (from GFE #3 ) | | |
| 806. Tax Service | (from GFE #3 ) | | |
| 807. Flood Cert. Fee | (from GFE #3 ) | | |
| 808. | | | |
| **900. Items Required by Lender to Be Paid in Advance** | | | |
| 901. Daily interest charges | (from GFE #10) | | |
| 902. Mortgage Insurance Premium | (from GFE #3 ) | | |
| 903. Homeowner's Insurance | (from GFE #11) | | |
| 904. | | | |
| **1000. Reserves Deposited with Lender** | | | |
| 1001. Initial deposit for your escrow account | (from GFE #9 ) | | |
| 1002. | | | |
| 1003. | | | |
| 1004. | | | |
| 1005. | | | |
| 1006. | | | |
| 1007. | | | |
| **1100. Title Charges** | | | |
| 1101. Title services and lender's title insurance | (from GFE #4 ) | | |
| 1102. Escrow Fee to Keever Law PLLC | | $450.00 | $450.00 |
| 1103. Owner's title insurance to American Title Company of Houston/ATCOH/F.B.O. PGF/Keever Law PLLC | (from GFE #5 ) | | $8,145.50 |
| 1104. Lender's title insurance | | | |
| 1105. Lender's title policy limit   $0.00 | | | |
| 1106. Owner's title policy limit   $1,500,000.00 | | | |
| 1107. Agent's portion of the total title insurance premium to American Title Company of Houston | $6,919.85 | | |
| 1108. Underwriter's portion of the total title insurance premium to Stewart Title Guaranty Company | $1,221.15 | | |
| 1109. Owner's Coverage (FA/P-22 Attorney) to Keever Law PLLC | $4,884.60 | | |
| 1110. Tax Certificate to Processing Solutions, Inc. | | | $130.00 |
| 1111. Guaranty Assessment Recoupment Charge - Owner to ATCOH/F.B.O. PGF | $4.50 | | |
| 1112. Title Report to Keever Law PLLC | | | $145.00 |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Government recording charges | (from GFE #7 ) | $52.00 | |
| 1202. Deed $52.00   Mortgage $     Releases $16.00 | | | $16.00 |
| 1203. Transfer taxes | (from GFE #8 ) | | |
| 1204. City/County tax/stamps  Deed $     Mortgage $ | | | |
| 1205. State tax/stamps  Deed $     Mortgage $ | | | |
| 1206. | | | |
| **1300. Additional Settlement Charges** | | | |
| 1301. Required services that you can shop for | (from GFE #6 ) | | $3,485.65 |
| 1302. Survey to Weisser Engineering Company | | $3,485.65 | |
| 1303. Taxes due to Pasadena ISD Tax A/C | | | $95,446.58 |
| 1304. Personal Property Taxes to Harris County Tax Office | | | $11,784.41 |
| 1305. | | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | $502.00 | $209,603.14 |

If you have any questions about the settlement charges and loan terms listed on this form, please contact your lender. Settlement agent is not responsible for content of lender's assessments on HUD.

The seller's and borrower's signatures hereon acknowledge their approval and signify their understanding that tax and insurance prorations and reserves are based on figures for the preceding year or supplied by others or estimated for the current year, and in the event of any change for the current year, all necessary adjustments will be made between borrower and seller directly. Any deficit delinquent taxes or mortgage payoffs will be promptly reimbursed to the settlement agent by the seller.
I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

BUYERS

By: John Quinlan, President

SELLERS

Rodney D. Tow, trustee for the Chapter 7 Bankruptcy Estate of Ventech Engineers International, LLC, a Texas limited liability company, debtor in U.S. Bankruptcy Court Southern District of Texas (Houston) Case No.17-33210

By: Rodney D. Tow, Trustee

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent

Date

07/27/2018

Any items marked "POC" were paid outside closing by: Borrower POC (B), Lender POC (L), Mortgage Broker POC (M), Seller POC (S), Real Estate Agent POC (R), or Other POC (O).



OMB Approval No. 2502-0265

**HUD-1**

# A. Settlement Statement (HUD-1)

Page 1 of 2

## B. Type of Loan

| | | |
|---|---|---|
| 1. ☐ FHA 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File Number: | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
| 4. ☐ VA 5. ☐ Conv. Ins. | | 3094918-02472 | | |

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside of the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| PASADENA MALL 3D, LLC<br>22310 GRAND CORNER DRIVE, SUITE 140<br>KATY, TX 77494-7467 | RODNEY D. TOW, TRUSTEE OF RODNEY D. TOW, TRUSTEE FOR THE CHAPTER 7 BANKRUPTCY ESTATE OF VENTECH ENGINEERS INTERNATIONAL, LLC, A TEXAS LIMITED LIABILITY COMPANY, DEBTOR IN U.S. BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS (HOUSTON) CASE NO.17-33210<br>C/O 1122 HIGHBORNE CAY COURT<br>TEXAS CITY, TX 77590 | CASH |

| G. Property Location | H. Settlement Agent |
|---|---|
| 100 PASADENA BOULEVARD ,<br>PASADENA, TX 77506<br><br>COUNTY: HARRIS<br><br>LOT: TRACTS 4 AND 4B<br>BLOCK:<br>SUBDIVISION: WILLIAM VINCE SURVEY ABSTRACT 78 | AMERICAN TITLE COMPANY OF HOUSTON<br>PHONE : (713) 995-8200 |

| Place of Settlement | I. Settlement Date |
|---|---|
| 6300 WEST LOOP SOUTH, SUITE 405<br>BELLAIRE, TX 77401 | 07/27/2018<br><br>**Disbursement Date**<br>07/27/2018 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | $1,500,000.00 | 401. Contract Sales Price | $1,500,000.00 |
| 102. Personal Property purchase | $75,000.00 | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | $502.00 | 403. Personal Property purchase from Rodney D. Tow, trustee for the Chapter 7 Bankruptcy Estate of Ventech Engineers International, LLC, a Texas limited liability company, debtor in U.S. Bankruptcy Court Southern District of Texas (Houston) Case No.17-33210 | $75,000.00 |
| 104. | | | |
| 105. | | | |
| **Adjustment for items paid by seller in advance** | | 404. | |
| 106. City/Town Taxes | | 405. | |
| 107. County Taxes | | **Adjustment for items paid by seller in advance** | |
| 108. Assessments | | 406. City/Town Taxes | |
| 109. | | 407. County Taxes | |
| 110. | | 408. Assessments | |
| 111. | | 409. | |
| 112. | | 410. | |
| | | 411. | |
| | | 412. | |
| **120. Gross Amount Due from Borrower** | **$1,575,502.00** | **420. Gross Amount Due to Seller** | **$1,575,000.00** |

| **200. Amounts Paid by or in Behalf of Borrower** | | **500. Reductions In Amount Due to Seller** | |
|---|---|---|---|
| 201. Deposit or earnest money | | 501. Excess Deposits | |
| 202. Principal Loan Amount | | 502. Settlement Charges to Seller | $209,603.14 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Sellers credit to buyer for removal of pf Documents | $25,000.00 | 504. Payoff of First Mortgage Loan to Bank of America | $1,137,845.54 |
| 205. Funds deposited by buyer from Pasadena Mall 3D, LLC | $1,575,000.00 | 505. | |
| 206. | | 506. Sellers credit to buyer for removal of pf Documents | $25,000.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. All Taxes 136580.9700/yr 01/01/18 to 07/27/18 | $77,458.25 | 513. All Taxes 136580.9700/yr 01/01/18 to 07/27/18 | $77,458.25 |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid by/for Borrower** | **$1,677,458.25** | **520. Total Reduction Amount Due Seller** | **$1,449,906.93** |

| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement from/to Borrower** | |
|---|---|---|---|
| 301. Gross amount due from borrower (line 120) | $1,575,502.00 | 601. Gross amount due to seller (line 420) | $1,575,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | $1,677,458.25 | 602. Less reductions in amount due seller (line 520) | $1,449,906.93 |
| **303. Cash** ☐ From ☒ To Borrower | **-$101,956.25** | **603. Cash** ☒ To ☐ From Seller | **$125,093.07** |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

Initials

## L. Settlement Charges

| 700. Total Real Estate Broker Fees $90000.00 | | Paid From Borrower's Funds At Settlement | Paid From Seller's Funds At Settlement |
|---|---|---|---|
| Division of Commission (line 700) as follows: | | | |
| The following persons, firms or corporations received a portion of the real estate commission amount shown above: | | | |
| 701. $90000.00 to Marcus & Millichap | | | |
| 702. Commission Selling | | | |
| 703. Commission paid at settlement | | | $90,000.00 |
| 704. | | | |

| 800. Items Payable in Connection with Loan | | | |
|---|---|---|---|
| 801. Our origination charge | (from GFE #1 ) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | (from GFE #2 ) | | |
| 803. Your adjusted origination charges | (from GFE  A ) | | |
| 804. Appraisal Fee | (from GFE #3 ) | | |
| 805. Credit report | (from GFE #3 ) | | |
| 806. Tax Service | (from GFE #3 ) | | |
| 807. Flood Cert. Fee | (from GFE #3 ) | | |
| 808. | | | |

| 900. Items Required by Lender to Be Paid in Advance | | | |
|---|---|---|---|
| 901. Daily interest charges | (from GFE #10) | | |
| 902. Mortgage Insurance Premium | (from GFE #3 ) | | |
| 903. Homeowner's Insurance | (from GFE #11) | | |
| 904. | | | |

| 1000. Reserves Deposited with Lender | | | |
|---|---|---|---|
| 1001. Initial deposit for your escrow account | (from GFE #9 ) | | |
| 1002. | | | |
| 1003. | | | |
| 1004. | | | |
| 1005. | | | |
| 1006. | | | |
| 1007. | | | |

| 1100. Title Charges | | | |
|---|---|---|---|
| 1101. Title services and lender's title insurance | (from GFE #4 ) | | |
| 1102. Escrow Fee to Keever Law PLLC | | $450.00 | $450.00 |
| 1103. Owner's title insurance to American Title Company of Houston/ATCOH/F.B.O. PGF/Keever Law PLLC | (from GFE #5 ) | | $8,145.50 |
| 1104. Lender's title insurance | | | |
| 1105. Lender's title policy limit   $0.00 | | | |
| 1106. Owner's title policy limit   $1,500,000.00 | | | |
| 1107. Agent's portion of the total title insurance premium to American Title Company of Houston | $6,919.85 | | |
| 1108. Underwriter's portion of the total title insurance premium to Stewart Title Guaranty Company | $1,221.15 | | |
| 1109. Owner's Coverage (FA/P-22 Attorney) to Keever Law PLLC | $4,884.60 | | |
| 1110. Tax Certificate to Processing Solutions, Inc. | | | $130.00 |
| 1111. Guaranty Assessment Recoupment Charge - Owner to ATCOH/F.B.O. PGF | $4.50 | | |
| 1112. Title Report to Keever Law PLLC | | | $145.00 |

| 1200. Government Recording and Transfer Charges | | | |
|---|---|---|---|
| 1201. Government recording charges | (from GFE #7 ) | $52.00 | |
| 1202. Deed $52.00   Mortgage $     Releases $16.00 | | | $16.00 |
| 1203. Transfer taxes | (from GFE #8 ) | | |
| 1204. City/County tax/stamps  Deed $     Mortgage $ | | | |
| 1205. State tax/stamps  Deed $     Mortgage $ | | | |
| 1206. | | | |

| 1300. Additional Settlement Charges | | | |
|---|---|---|---|
| 1301. Required services that you can shop for | (from GFE #6 ) | | $3,485.65 |
| 1302. Survey to Weisser Engineering Company | $3,485.65 | | |
| 1303. Taxes due to Pasadena ISD Tax A/C | | | $95,446.58 |
| 1304. Personal Property Taxes to Harris County Tax Office | | | $11,784.41 |
| 1305. | | | |

| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | $502.00 | $209,603.14 |
|---|---|---|---|

If you have any questions about the settlement charges and loan terms listed on this form, please contact your lender. Settlement agent is not responsible for content of lender's assessments on HUD.

The seller's and borrower's signatures hereon acknowledge their approval and signify their understanding that tax and insurance prorations and reserves are based on figures for the preceding year or supplied by others or estimated for the current year, and in the event of any change for the current year, all necessary adjustments will be made between borrower and seller directly. Any deficit delinquent taxes or mortgage payoffs will be promptly reimbursed to the settlement agent by the seller.

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

BUYERS

Pasadena Mall 3D, LLC

_____

By: John Quinlan, President

SELLERS

Rodney D. Tow, trustee for the Chapter 7 Bankruptcy Estate of Ventech Engineers International, LLC, a Texas limited liability company, debtor in U.S. Bankruptcy Court Southern District of Texas (Houston) Case No.17-33210

_____

By: Rodney D. Tow, Trustee

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent                                          Date

_____                    07/27/2018

*Any items marked "POC" were paid outside closing by: Borrower POC (B), Lender POC (L), Mortgage Broker POC (M), Seller POC (S), Real Estate Agent POC (R), or Other POC (O).