UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **VENTECH ENGINEERS,** | § | **Case No. 17-33203** |
| **L.P.** *et al.*,[1] | § | |
| | § | **Jointly Administered** |
| | § | |
| **DEBTORS.** | § | |
| | § | **(Chapter 7)** |

**NOTICE OF TRUSTEE'S REQUEST FOR PRODUCTION OF DOCUMENTS BY
ASSIST LEGAL TECHNOLOGIES, LLC PURSUANT TO BANKRUPTCY RULE 2004**

To:     Frederick J. Herbert III, registered agent of Assist Legal Technologies, LLC,
        2900 Smith St., Suite 150, Houston, TX 77006, or wherever he may be found

PLEASE TAKE NOTICE that pursuant to Federal Rules of Bankruptcy Procedure 2004 & 9016, Federal Rule of Civil Procedure 45, and Local Bankruptcy Rule 2004-1, Rodney D. Tow, chapter 7 trustee (the "Trustee") for the estates of the above-captioned debtors (collectively, the "Debtors"), serve the enclosed subpoena for the production of documents on Assist Legal Technologies, LLC ("Assist").

Assist is required to produce the documents, electronically-stored information, and tangible things identified in **Exhibit A** for inspection and copying at the law offices of Diamond McCarthy LLP, 909 Fannin 37th Floor, Houston, TX 77010, or at another location to which Assist and the Trustee may agree by no later than **March 13, 2019** at **5:00 p.m. (CT)**.

---

[1]     The names of the debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are:   Ventech Engineers L.P. (0943); Ventech Engineers LLC (7644); Ventech Fabrication Services LLC (6482); Ventech Engineers International LLC (5030); Ventech Energy LLC (1829); Ventech Engineers North America LLC (7325); Ventech Engineers USA LLC (7499); Ventech Vessel Fabricators LLC (6525); Ventech Global Projects, Inc. (9146); Ventech International Projects LLC (2187); Ventech Global Construction, LLC (0736); Ventech Modular Fabricators LLC (2960); Ventech Refining Solutions LLC (6454); Ventech Plant Constructors LLC (5107); Ventech Engineers & Fabricators, LLC (2106); Ventech Industrial Contractors, LLC (6482); Ventech XTL LLC (2500); and Ventech XTL Oklahoma City LLC (5549).

Dated: February 26, 2019

Respectfully submitted,

DIAMOND McCARTHY LLP

/s/ Charles M. Rubio
Charles M. Rubio
TBA No. 24083768
crubio@diamondmccarthy.com
Brian Raymond Hogue
TBA No. 24094725
bhogue@diamondmccarthy.com
Two Houston Center
909 Fannin, 37th Floor
Houston, Texas 77010
(713) 333-5100 Telephone
(713) 333-5199 Facsimile

*Counsel for Rodney D. Tow, Chapter 7*
*Trustee for Ventech Engineers, L.P. et al.*

## CERTIFICATE OF SERVICE

I certify that on February 26, 2019, a true and correct copy of this Notice will be served on all parties registered to receive service through the CM/ECF system.

/s/ Charles M. Rubio
Charles M. Rubio

## EXHIBIT A

## INSTRUCTIONS FOR SUBPOENA

1.     <u>Information Claimed as Privileged</u>.  If you claim that material or information responsive to one of the requests for production below is privileged, you must simultaneously comply with Rule 26(b)(5) of the Federal Rules of Civil Procedure.

2.     <u>Destruction</u>.  If any document that is responsive to one or more of the following Requests has been destroyed, lost, or misplaced, you are to state when and under what circumstances such document was destroyed, lost, or misplaced.

3.     <u>Electronically Stored Information</u>.  Electronically stored information should be produced in the following format: alternative, multi-page .pdfs with each document as a separate electronic file.  The production should also be bates labeled.  Furthermore, all emails should be produced with their attachments.

4.     <u>Continuing in Nature</u>.  All requests to produce documents shall be deemed continuing in nature so as to require supplemental production if further documents are obtained or discovered by you between the time you respond to these Requests and the closing of the Debtors' Bankruptcy case.  Such additional or supplemental information shall be furnished to attorneys for Rodney D. Tow, chapter 7 trustee for the estates of the debtors jointly administered under Case No. 17-33203, within a reasonable time after it becomes known or is obtained.

## DEFINITIONS

1.     "<u>Assist</u>" shall mean Assist Legal Technologies, LLC along with its parent, subsidiaries, sisters, agents, associates, members, representatives, assigns, officers, employees, independent contractors, affiliates, and/or and all other persons or entities controlled by or purporting to act on its behalf.

2.     "<u>Bankruptcy</u>" shall mean the bankruptcy cases jointly administered under the case styled *In re Ventech Engineers, LP et al.*, Case No. 17-33203, pending before the United States Bankruptcy Court for the Southern District of Texas, Houston Division, and its related proceedings.

3.     "<u>Claims Investigation</u>" shall mean any and all efforts undertaken by Assist to discover any claim that might be asserted against any Insider and the identity and location of any current or former asset of the Debtors.

4.     "<u>Correspondence</u>" refers to letters, memoranda, facsimile cover sheets, notes of personal or telephone conferences or communications, electronic mail or web-based mail, and any document which in any way relates to communication, whether printed or reproduced or stored or recorded by any process, including electronically stored information.

5.      "<u>Debtors</u>" shall mean collectively Ventech Engineers, L.P. and each of the Debtors administered in the Bankruptcy, along with their parent, subsidiaries, sisters, agents, associates,

members, representatives, assigns, officers, employees, independent contractors, affiliates, and/or and all other persons or entities controlled by or purporting to act on its behalf.

6.      "Document" or "documents" includes, whether printed or reproduced or stored or recorded by any process, including electronically stored information, or written, or produced by hand, and whether or not claimed to be privileged or otherwise excludable from discovery, as well as, without limitation, the following items, namely: agreements, notes, letters, Correspondence, Contracts, books, binders, files, periodicals, printed publications, intra-office and interoffice communications, telexes, telegrams, memoranda, summaries or records of telephone conversations, summaries and research reports and notebooks, charts, lists, schedules, plans, drawings, photographs, diaries, studies, evaluations, worksheets, minutes or records of meetings including directors' meetings, reports and/or summaries of interviews, reports and/or summaries of investigations, opinions or reports of consultants, maps, graphs, reports or opinions regarding oil and/or gas leases, real estate and/or mineral interest appraisals, opinions of counsel, agreements, nomination forms, reports or summaries of negotiations, court papers, administrative agency papers, transcripts, brochures, pamphlets, advertisements, circulars, promotions material, trade letters, trade magazines and/or newsletters and/or other such trade news publications, press releases, videotapes, radio tapes, other audio tapes, pay stubs and/or receipts and/or other forms evidencing payment, text messages, electronic mail or web-based mail, web pages whether or not such web pages have been before or are now available online, story boards, recordings, drafts of documents, and revisions of drafts of documents.

7.      "Insider" shall mean any of the following: Dennis Smith, Joerg Matthiessen, Johnny Virgin, Kefalari Mason, Kevin Stanley, Laura Hotard, Oliver Puskac, Bruce Smith, Ian Anderson, Robert H. Walls Jr., Coopers Investment Partners, LLC, Scott McClary, Kreg Stanley, Bill Stanley, Mitch Taylor, Steve Cooper, Martin Siddle, Stanley Investment Partners, Inc., along with their parents, subsidiaries, agents, associates, members, representatives, assigns, officers, employees, independent contractors, affiliates, and/or all other persons acting or controlled by or purporting to act on their behalf.

8.      "Person" shall include any natural person, partnership, corporation, limited liability company, association, firm, any other type of business formed in the United States or in any other country, and/or any governmental agency along with such entities' officers, employees, agents, servants, attorneys, or representatives, should the context so require.

9.      "Relating to" or "related to" shall mean concerning, citing, quoting, regarding, involving, representing, evidencing, constituting, discussing, mentioning, containing, analyzing, supporting, embodying, reflecting, identifying, incorporating, describing, commenting on, referring to, considering, recommending, dealing with or pertaining to, in whole or in part.

10.      The singular of a word shall include the plural and vice versa; the masculine form of a pronoun shall include the corresponding feminine and the indefinite forms and vice versa.

## **REQUESTS FOR PRODUCTION**

1.      Any and all Correspondence relating to Claims Investigation, including but not limited to any and all Correspondence to any Insider relating to Claims Investigation.

2.      Any and all Documents relating to Claims Investigation, including but not limited to Assist-created documents, Assist-created files, or Assist-created binders.

3.      Any and all Documents or Correspondence relating to or owned by Debtors that Assist-It hosted as part of its litigation support services.