UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **VENTECH ENGINEERS, L.P.** | § | Case No. 17-33203 |
| *et al.*,[1] | § | |
| | § | Jointly Administered |
| DEBTORS. | § | |
| | § | Chapter 7 |

## NOTICE OF AMENDED CASH COLLATERAL BUDGET

PLEASE TAKE NOTICE that on June 29, 2019, this Court entered the Order Authorizing Use of Cash Collateral [ECF 105] (the "Cash Collateral Order").

PLEASE TAKE FURTHER NOTICE that pursuant to the Cash Collateral Order, the Trustee and Bank of America, N.A. ("BofA") are authorized to amend the Budget by agreement by filing a notice of the amended budget on the docket without further order of the Court.

PLEASE TAKE FURTHER NOTICE that the Trustee and BofA agree to amend the Budget as set forth on Exhibit A attached hereto.

---

[1] The names of the debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ventech Engineers L.P. (0943); Ventech Engineers LLC (7644); Ventech Fabrication Services LLC (6482); Ventech Engineers International LLC (5030); Ventech Energy LLC (1829); Ventech Engineers North America LLC (7325); Ventech Engineers USA LLC (7499); Ventech Vessel Fabricators LLC (6525); Ventech Global Projects, Inc. (9146); Ventech International Projects LLC (2187); Ventech Global Construction, LLC (0736); Ventech Modular Fabricators LLC (2960); Ventech Refining Solutions LLC (6454); Ventech Plant Constructors LLC (5107); Ventech Engineers & Fabricators, LLC (2106); Ventech Industrial Contractors, LLC (6482); Ventech XTL LLC (2500); and Ventech XTL Oklahoma City LLC (5549).

Dated: September 30, 2019

Respectfully submitted,

DIAMOND McCARTHY LLP

*/s/ Charles M. Rubio*
Charles M. Rubio
TBA No. 24083768
crubio@diamondmccarthy.com
Michael D. Fritz
TBA No. 24083029
mfritz@diamondmccarthy.com
Two Houston Center
909 Fannin, 37th Floor
Houston, TX 77010
Telephone: (713) 333-5100
Facsimile: (713) 333-5199

*Counsel for Rodney D. Tow, Chapter 7*
*Trustee for Ventech Engineers, LP, et al.*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Bank of America, N.A. regarding the amended Budget and Bank of America, N.A. has agreed to the amended Budget.

*/s/ Charles M. Rubio*
Charles M. Rubio

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 30, 2019, a true and correct copy of this Notice will be served on all parties registered to receive service through the CM/ECF system.

*/s/ Charles M. Rubio*
Charles M. Rubio

<u>Exhibit A</u>

**Budget**

Real Property Taxes, Utility Charges and Property Insurance for Ventech Building as previously approved by the Court pursuant to Orders entered at docket numbers 68, 77 and 86.

2017 Real Property Taxes Owed to Pasadena ISD (plus outstanding fees, penalties and interest) – actual amount

Property Expenses/Miscellaneous - $20,000

Trustee Fees - Maximum amount permitted under 11 U.S.C. § 326

Broker's Fees - Sales commission for Marcus & Millichap as described in the Order Authorizing Employment of Marcus & Millichap [Dkt. 30]

General Counsel - $175,000 (including amounts approved pursuant to ECF No. 83)

Special ERISA Counsel (Matt Borror) - $15,148

Trust Accountant - $10,000